1  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
2  Domenic D. Spinelli, SBN: 131192
   Ryan I. Ichinaga, SBN: 321185
3  601 University Avenue, Suite 225
   Sacramento, CA 95825
4  Telephone: (916) 448-7888
   Facsimile:  (916) 448-6888
5  domenics@sdnlaw.com
   ryani@sdnlaw.com
6
   Attorneys for Defendant
7  SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

8

9  **LEIGH LAW GROUP, P.C.**
   Jay T. Jambeck, SBN #226018
10 Mandy G. Leigh, SBN # 225748
   Damien B. Troutman, SBN # 286616
11 870 Market Street, Suite 1157
   San Francisco, CA 94102
12 Telephone: 415-399-9155
   Facsimile: 415-795-3733
13 jjambeck@leighlawgroup.com
   mleigh@leighlawgroup.com
14 dtroutman@leighlawgroup.com

15
   Attorneys for Plaintiff
16 JONATHAN GRIGGS

17                   UNITED STATES DISTRICT COURT

18                   EASTERN DISTRICT OF CALIFORNIA

19

20 JONATHAN GRIGGS, an individual,          Case No.:  2:20-cv-00724 −KJM−JDP

21              Plaintiff,                   **STIPULATION AND ORDER TO
                                             MODIFY THE COURT'S RULE 16**
22        vs.                                **ORDER**

23 SACRAMENTO CITY UNIFIED SCHOOL
   DISTRICT, and DOES 1-30, inclusive,
24                                           Complaint filed:  April 8, 2020
              Defendants.
25

26      IT IS HEREBY STIPULATED and agreed by and between counsel for the parties in the

27 above-captioned matter as follows:

28      1.  At the Joint Scheduling Conference for this matter, the Court referred this matter to the

                                         1

1    Voluntary Dispute Resolution Program (VDRP).

2    2.  The parties have agreed to George Allen as the VDRP Neutral Attorney, and, on August 23,

3        2021, George Allen was appointed as the VDRP Neutral Attorney.

4    3.  There is a pending 12(b)(6) motion to dismiss filed by Defendant Sacramento City Unified

5        School District as to two of Plaintiff's four claims.

6    4.  The Parties have met and conferred and agree that the Voluntary Dispute Resolution

7        Program would be more fruitful if it took place after the District's 12(b)(6) motion has been

8        decided and the pleadings are settled. This would permit a more productive mediation as it

9        would allow both sides to fully and accurately assess the value and merits of the case. If the

10       VDRP were to take place before the 12(b)(6) motion has been decided, then the Parties

11       would not be able to accurately evaluate what claims are still viable. Such uncertainty would

12       not be conducive to meaningful settlement negotiations.

13   5.  Plaintiff and Defendant believe there is "good cause" to defer the referral to the Voluntary

14       Dispute Resolution Program and any deadlines associated with the program until the

15       District's 12(b)(6) motion has been decided. Moreover, the Parties agree that an extension of

16       the VDRP deadline would not prejudice either side or the Court; rather, the Parties agree

17       that an extension would promote a meaningful settlement discussions and conserve the

18       Court's resources. After the 12(b)(6) motion has been decided, the Parties agree to meet and

19       confer on a date for the Voluntary Dispute Resolution Program subject to VDRP neutral

20       attorney George Allen's availability.

21   6.  No prior requests for extensions to the Voluntary Dispute Resolution Program deadlines

22       have been granted or denied by this Court.

23   **IT IS SO STIPULATED.**

24   Dated: September 8, 2021                          LEIGH LAW GROUP, P.C.

25

26                                                        _____/s/ *Damien B. Troutman*_____
                                                         DAMIEN B. TROUTMAN
27                                                       Attorney for Plaintiff

28

Dated: September 8, 2021                           SPINELLI, DONALD & NOTT


                                                   _____
                                                   DOMENIC D. SPINELLI
                                                   Attorney for Defendant




## ORDER

On April 22, 2021, the court referred this case to its Voluntary Dispute Resolution Program (VDRP) at the parties' request for a conference to be scheduled in November 2021. Having considered the parties' stipulation to defer VDRP pending the court's resolution of the District's 12(b)(6) motion to dismiss, ECF No. 30, the court adopts the parties' stipulation. This amendment does not alter any other portions of the initial scheduling order, ECF Nos. 22 & 23.

IT IS SO ORDERED.

DATED: September 14, 2021.


                                                   _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE