**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli, SBN: 131192
Ryan I. Ichinaga, SBN: 321185
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
domenics@sdnlaw.com
ryani@sdnlaw.com

Attorneys for Defendant
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

**LEIGH LAW GROUP, P.C.**
Jay T. Jambeck, SBN #226018
Mandy G. Leigh, SBN # 225748
Damien B. Troutman, SBN # 286616
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone: 415-399-9155
Facsimile: 415-795-3733
jjambeck@leighlawgroup.com
mleigh@leighlawgroup.com
dtroutman@leighlawgroup.com

Attorneys for Plaintiff
JONATHAN GRIGGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGGS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, and DOES 1-30, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-00724 −KJM−JDP<br><br>**STIPULATION AND ORDER TO MODIFY THE COURT'S RULE 16 ORDER**<br><br>Complaint filed:  April 8, 2020 |

SPINELLI, DONALD
& NOTT

1
STIPULATION TO MODIFY THE COURT'S RULE 16 ORDER; ORDER

IT IS HEREBY STIPULATED and agreed by and between counsel for the parties in the above-captioned matter as follows:

1. At the Joint Scheduling Conference on April 22, 2021, the Court ordered the following pretrial case schedule:

   a. Fact Discovery Cut-off: May 2, 2022.
   b. Exchange of expert disclosures: July 1, 2022.
   c. Rebuttal expert disclosures: July 20, 2022.
   d. Expert Discovery Cut-off: October 17, 2022.
   e. Last day to hear dispositive motions: December 16, 2022. (Doc. 22).

2. On February 1, 2022, the Court denied in part and granted in part Defendant Sacramento City Unified School District's Rule 12(b)(6) motion to dismiss without further leave to amend. (Doc. 37).

3. Three of Plaintiff's four claims in his operative pleading were at issue while the parties awaited the Court's February 1, 2022 Order. Because of this, the parties discussed and agreed that, apart from exchanging Initial Disclosures, it was not prudent to exchange in significant fact discovery—much less scheduled Alternative Dispute Resolution ("ADR")—until the pleadings were settled.

4. The parties have met and conferred and agree that given the February 1, 2022 Order, the Court's April 22, 2021 scheduling order should be modified to allow the parties additional time to exchange initial discovery, take depositions (if necessary), and engage in meaningful ADR efforts based on now-settled pleadings.

5. There is "good cause" to modify the scheduling order and any associated deadlines due to the Court's February 1, 2022 Order, which settled the pleadings on three of Plaintiff's four claims. In order to facilitate early resolution and promote conservation of judicial resources, the parties need additional time to conduct targeted written discovery and/or depositions, then engage in meaningful ADR efforts through the Court's Voluntary Dispute Resolution Panel. An extension of the pretrial case schedule would not prejudice either side and would allow the parties to conduct discovery and discuss settlement.

6. Neither party has previously requested an extension of the scheduling order.

7. Based on the foregoing, the parties respectfully request the following pretrial scheduling order:

    a. Fact Discovery Cut-off: February 2, 2023.

    b. Exchange of expert disclosures: April 3, 2023.

    c. Rebuttal expert disclosures: April 24, 2023.

    d. Expert Discovery Cut-off: July 17, 2023.

    e. Last day to hear dispositive motions: September 18, 2023.

**IT IS SO STIPULATED**

Dated: April 14, 2022                                                          **LEIGH LAW GROUP, P.C.**

                                                                            */s/ Damien B. Troutman*
                                                                            DAMIEN B. TROUTMAN
                                                                            Attorney for Plaintiff

Dated: April 14, 2022                                                          **SPINELLI, DONALD & NOTT**

                                                                            */s/ Ryan I. Ichinaga*
                                                                            RYAN I. ICHINAGA
                                                                            Attorney for Defendant

## **ORDER**

Having considered the parties' stipulation, the Court finds good cause to modify the scheduling order.

IT IS SO ORDERED

Dated: April 15, 2022.

                                                                            CHIEF UNITED STATES DISTRICT JUDGE