**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli, SBN: 131192
Ryan I. Ichinaga, SBN: 321185
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
domenics@sdnlaw.com
ryani@sdnlaw.com

Attorneys for Defendant
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

**LEIGH LAW GROUP, P.C.**
Jay T. Jambeck, SBN #226018
Mandy G. Leigh, SBN # 225748
Damien B. Troutman, SBN # 286616
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone: 415-399-9155
Facsimile: 415-795-3733
jjambeck@leighlawgroup.com
mleigh@leighlawgroup.com
dtroutman@leighlawgroup.com

Attorneys for Plaintiff
JONATHAN GRIGGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGGS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, and DOES 1-30, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-00724 −KJM−JDP<br><br>**STIPULATION AND ORDER TO MODIFY THE COURT'S RULE 16 ORDER**<br><br>Complaint filed:  April 8, 2020 |

IT IS HEREBY STIPULATED and agreed by and between counsel for the parties in the above-captioned matter as follows:

1. At the Joint Scheduling Conference on April 22, 2021, the Court ordered the following pretrial case schedule:
   a. Fact Discovery Cut-off: May 2, 2022.
   b. Exchange of expert disclosures: July 1, 2022.
   c. Rebuttal expert disclosures: July 20, 2022.
   d. Expert Discovery Cut-off: October 17, 2022.
   e. Last day to hear dispositive motions: December 16, 2022. (Doc. 22).
2. On February 1, 2022, the Court denied in part and granted in part Defendant Sacramento City Unified School District's Rule 12(b)(6) motion to dismiss without further leave to amend. (Doc. 37). As part of its ruling, the Court referred the matter to the Court's ADR Coordinator Sujean Park for the prompt scheduling of a mediation with a member of the Court's Voluntary Dispute Resolution Panel.
3. Three of Plaintiff's four claims in his operative pleading were at issue while the parties awaited the Court's February 1, 2022 Order. Because of this, the parties discussed and agreed that, apart from exchanging Initial Disclosures, it was not prudent to exchange in significant fact discovery—much less schedule Alternative Dispute Resolution ("ADR")—until the pleadings were settled.
4. On April 14, 2022, the Court ordered the following pretrial case schedule:
   a. Fact Discovery Cut-off: February 2, 2023.
   b. Exchange of expert disclosures: April 3, 2023.
   c. Rebuttal expert disclosures: April 24, 2023.
   d. Expert Discovery Cut-off: July 17, 2023.
   e. Last day to hear dispositive motions: September 18, 2023. (Doc. 40).
5. The parties have met and conferred and agree that the Court's scheduling order should be modified to allow the parties additional time to finalize written discovery and depositions and engage in meaningful ADR efforts based on now-settled pleadings. Furthermore, though

the case has been referred to the Court's Voluntary Dispute Resolution Panel, no mediation or settlement conferences have taken place.

6. There is "good cause" to modify the scheduling order to facilitate early resolution and promote conservation of judicial resources, the parties need additional time to conduct targeted written discovery and/or depositions, then engage in meaningful ADR efforts through the Court's Voluntary Dispute Resolution Panel. An extension of the pretrial case schedule would not prejudice either side and would allow the parties to conduct discovery and discuss settlement.

7. Based on the foregoing, the parties respectfully request the following pretrial scheduling order:

   a. Fact Discovery Cut-off: August 1, 2023.
   b. Exchange of expert disclosures: October 2, 2023.
   c. Rebuttal expert disclosures: October 23, 2023.
   d. Expert Discovery Cut-off: January 15, 2024.
   e. Last day to hear dispositive motions: March 18, 2024.

**IT IS SO STIPULATED**

Dated: March 29, 2023                                **LEIGH LAW GROUP, P.C.**

 */s/ Damien B. Troutman*
DAMIEN B. TROUTMAN
Attorney for Plaintiff

Dated: March 29, 2023                                **SPINELLI, DONALD & NOTT**

 */s/ Ryan I. Ichinaga*
RYAN I. ICHINAGA
Attorney for Defendant

//
//
//

**ORDER**

Having considered the parties' stipulation, the Court finds good cause to modify the scheduling order as follows:

   a. Fact Discovery Cut-off: August 1, 2023.

   b. Exchange of expert disclosures: October 2, 2023.

   c. Rebuttal expert disclosures: October 23, 2023.

   d. Expert Discovery Cut-off: January 15, 2024.

   e. Last day to hear dispositive motions: March 29, 2024.[1]

IT IS SO ORDERED.

Dated:  March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties requested date of March 18, 2024, is not a viable civil calendar date for the court.