1  **SPINELLI, DONALD & NOTT**
   A Professional Corporation
2  Domenic D. Spinelli, SBN: 131192
   Natasha Langenfeld, SBN: 250944
3  300 University Avenue, Suite 100
   Sacramento, CA 95825
4  Telephone: (916) 448-7888
   Facsimile:  (916) 448-6888
5  domenics@sdnlaw.com
   natashal@sdnlaw.com
6
   Attorneys for Defendant
7  SACRAMENTO CITY UNIFIED SCHOOL DISTRICT
8
   Jay T. Jambeck, SBN #226018
9  Mandy G. Leigh, SBN # 225748
   Damien B. Troutman, SBN # 286616
10 **LEIGH LAW GROUP, P.C.**
11 582 Market Street, Suite 905
   San Francisco, CA 94104
12 Telephone: 415-399-9155
   Facsimile: 415-795-3733
13 jjambeck@leighlawgroup.com
   mleigh@leighlawgroup.com
14 dtroutman@leighlawgroup.com
15
   Attorneys for Plaintiff
16 JONATHAN GRIGGS

17              UNITED STATES DISTRICT COURT
18              EASTERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20 JONATHAN GRIGGS, an individual, | Case No.:  2:20-cv-00724 −KJM−JDP |
| 21            Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S RULE 16 ORDER** |
| 22     vs. | |
| 23 SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, and DOES 1-30, inclusive, | |
| 24 | Complaint filed:  April 8, 2020 |
| 25            Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between counsel for the parties in the above-captioned matter as follows:

1. At the Joint Scheduling Conference on April 22, 2021, the Court ordered the following pretrial case schedule:

    a. Fact Discovery Cut-off: May 2, 2022.

    b. Exchange of expert disclosures: July 1, 2022.

    c. Rebuttal expert disclosures: July 20, 2022.

    d. Expert Discovery Cut-off: October 17, 2022.

    e. Last day to hear dispositive motions: December 16, 2022. (Doc. 22).

2. On February 1, 2022, the Court denied in part and granted in part Defendant Sacramento City Unified School District's Rule 12(b)(6) motion to dismiss without further leave to amend. (Doc. 37). As part of its ruling, the Court referred the matter to the Court's ADR Coordinator Sujean Park for the prompt scheduling of a mediation with a member of the Court's Voluntary Dispute Resolution Panel.

3. Three of Plaintiff's four claims in his operative pleading were at issue while the parties awaited the Court's February 1, 2022 Order. Because of this, the parties discussed and agreed that, apart from exchanging Initial Disclosures, it was not prudent to exchange in significant fact discovery—much less schedule Alternative Dispute Resolution ("ADR")—until the pleadings were settled.

4. On April 14, 2022, the Court ordered the following pretrial case schedule:

    a. Fact Discovery Cut-off: February 2, 2023.

    b. Exchange of expert disclosures: April 3, 2023.

    c. Rebuttal expert disclosures: April 24, 2023.

    d. Expert Discovery Cut-off: July 17, 2023.

    e. Last day to hear dispositive motions: September 18, 2023. (Doc. 40).

5. On December 12, 2022, March 31, 2023, and July 19, 2023, the Court granted the parties' requests for extensions of the pretrial case schedule. (Doc. 42, 44, 46).

6. **The parties have agreed to attend a full-day mediation on October 24, 2023 with**

**Court-appointed ADR attorney George Allen (Doc. 34, 36).  The parties previously delayed participation in the Voluntary Dispute Resolution Program due to Defendant's pending Motion to Dismiss, and wanting to conduct discovery including plaintiff's deposition, which occurred  in May 2023.  The parties wish to explore potential resolution before expert disclosure and plaintiff taking "persons most qualified" deposition(s).**

7. The parties have met and conferred and agree that the Court's scheduling order should be modified to accommodate the mediation and allow the parties additional time to finalize Rule 30(b)(6) depositions (and any related written discovery) if the parties are unable to settle. The requested extension below takes into account the unavailability of District employees during the holiday season in December.

8. There is "good cause" to modify the scheduling order to facilitate early resolution and promote conservation of judicial resources, as the parties need additional time to complete non-expert discovery. An extension of the pretrial case schedule would not discernibly create prejudice to the parties or the Court since no trial date has been set.

9. Based on the foregoing, the parties respectfully request the following pretrial scheduling order:

   a. Fact Discovery Cut-off: March 1, 2024.

   b. Exchange of expert disclosures: May 1, 2024.

   c. Rebuttal expert disclosures: May 22, 2024.

   d. Expert Discovery Cut-off: August 15, 2024.

   e. Last day to hear dispositive motions: October 15, 2024.

**IT IS SO STIPULATED**

Dated: October 11, 2023                                              **LEIGH LAW GROUP, P.C.**


*/s/ Damien B. Troutman*
DAMIEN B. TROUTMAN
Attorney for Plaintiff

Dated: October 11, 2023                                    SPINELLI, DONALD & NOTT

                                                           */s/ Natasha Langenfeld*
                                                           NATASHA LANGENFELD
                                                           Attorney for Defendant

## ORDER

Having considered the parties' stipulation, the Court finds good cause to modify the scheduling order. The court does not anticipate granting any further extensions of pretrial deadlines absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: October 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE