**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli, SBN: 131192
Natasha Langenfeld, SBN: 250944
300 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
domenics@sdnlaw.com
natashal@sdnlaw.com

Attorneys for Defendant
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT


Jay T. Jambeck, SBN #226018
Mandy G. Leigh, SBN # 225748
Damien B. Troutman, SBN # 286616
**LEIGH LAW GROUP, P.C.**
582 Market Street, Suite 905
San Francisco, CA 94104
Telephone: 415-399-9155
Facsimile: 415-795-3733
jjambeck@leighlawgroup.com
mleigh@leighlawgroup.com
dtroutman@leighlawgroup.com

Attorneys for Plaintiff
JONATHAN GRIGGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGGS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, and DOES 1-30, inclusive, <br><br> Defendants. | Case No.:  2:20-cv-00724 −KJM−JDP <br><br> **JOINT VDRP COMPLETION REPORT; STIPULATION AND ORDER TO MODIFY THE COURT'S OCTOBER 24, 2023 MINUTE ORDER** <br><br> Complaint filed:  April 8, 2020 |

The parties, by and through their respective attorneys of record, submit the following Joint VDRP Completion Report pursuant to Local Rule 271 and hereby stipulate and agree as follows:

1. On October 24, 2023, the parties mediated through the Court's VDRP process and reached an agreement to settle the pending action <u>in its entirety</u>.
2. On October 30, 2023, the Court issued a Minute Order, relevantly directing the parties to file dispositional papers no later than November 20, 2023. (Dkt. # 49).
3. The parties have circulated and conferred upon a draft settlement agreement. However, per the parties' discussions, Defendant requires additional internal approval for non-material terms requested by Plaintiff in terms of check allocation and distribution. Defendant anticipates obtaining said approval after the Thanksgiving holiday next week.
4. Accordingly, the parties respectfully request that the Court extend the deadline for dispositional papers until Friday, December 15, 2023.

.

**IT IS SO STIPULATED**

Dated: November 20, 2023                               **LEIGH LAW GROUP, P.C.**

                                                                                        */s/ Damien B. Troutman*
                                                                                        DAMIEN B. TROUTMAN
                                                                                        Attorney for Plaintiff

Dated: November 20, 2023                               **SPINELLI, DONALD & NOTT**

                                                                                        */s/ Natasha Langenfeld*
                                                                                        NATASHA LANGENFELD
                                                                                       Attorney for Defendant

**ORDER**

Having considered the parties' stipulation, the Court finds good cause to extend the deadline for dispositional papers until Friday, December 15, 2023.

IT IS SO ORDERED.

DATED: November 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE